

# NUMBER 13-24-00439-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF D.T.D.L.P. III, A CHILD

---

## ON APPEAL FROM THE 94TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice West**

Appellant Dustin Taylor De La Paz filed a pro se notice of appeal from an "Order in Suit Affecting the Parent-Child Relationship." On September 6, 2024, the Clerk of the Court requested appellant to remit the $205.00 filing fee for the appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in

an appellate court). The Clerk also advised appellant that his notice of appeal failed to comply with the appellate rules in several respects and requested appellant to file an amended notice of appeal. *See* TEX. R. APP. P. 9.1(b), 9.5(d), (e), 25.1(d) (1), (2), (4), (5), 25.1(e).

On September 10, 2024, appellant filed an amended notice of appeal. The Clerk notified appellant that his amended notice of appeal failed to comply with the rules and requested appellant to file a corrected notice of appeal. *See id.* R. 9.1(b), 9.5, 25.1(d) (1), (2), (3), (4).

On October 15, 2024, the Clerk notified appellant that the appeal would be dismissed if he failed to file a corrected notice of appeal within ten days. *See id.* R. 42.3(b), (c). The Clerk also notified appellant that he was delinquent in paying the filing fee for the appeal. The Clerk advised appellant that the appeal would be dismissed if the filing fee was not paid within ten days. *See id.* The Clerk provided these notices to appellant by certified mail.

On November 8, 2024, the notices that the Clerk sent to appellant by certified mail were returned to the Court marked with the designations "return to sender," "unclaimed," and "unable to forward." That same day, the Clerk provided these same notices to appellant by regular mail.

This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio

2017, no pet.). To date, appellant has not responded to the Clerk's directives, filed an amended notice of appeal, or paid the filing fee for the appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
6th day of March, 2025.